UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
IN RE:

Case No.: 17-22239 (RDD)

**DENNIS AND TAMMY J. TERBUSH**

Chapter 13

Debtors.
---------------------------------------------------------X

### ORDER AUTHORIZING DEBTORS TO ENTER INTO AND PREFORM POSTPETITION AUTO LEASE

Upon the motion, by notice of presentment dated March 8, 2019 (the "Motion"), of the debtors herein (the "Debtors") for an order under 11 U.S.C. §§ 363(b) and 364(c)(2) authorizing the Debtors to enter into a lease for a replacement vehicle, a 2019 Ford Edge, for 36 months at $399 a month and otherwise on the terms set forth in the agreement attached as Exhibit A to the Motion (the "Lease"); and, upon the third-party agreement to fund the down payment under the Lease, a copy of which is attached as Exhibit B to the Motion; and it appearing that, after due and sufficient notice of the Motion and the opportunity for a hearing thereon, there being no objections to the requested relief; and no additional notice or hearing being required; and, after due deliberation, it appearing that entry into the Lease will not jeopardize the Debtors' performance of their chapter 13 plan and is a prudent exercise of business judgment; and it further appearing that the Debtors have satisfied the applicable requirements of 11 U.S.C. §§ 363(b) and 364(c)(2); now, therefore, it is hereby

ORDERED, that the Motion is granted and the Debtors are authorized to enter into and perform the Lease and any other lease of a replacement vehicle on the same or better (for the Debtors) material terms as the Lease in the event that the Debtors are unable to consummate the Lease; and it is further

ORDERED, that the 14-day stay of this Order under any applicable Bankruptcy Rule is waived, for cause, and this Order is effective immediately upon its entry.

Dated: White Plains, New York
 March 15, 2019

/s/ Robert D. Drain
Hon. Robert D. Drain
United States Bankruptcy Judge